Robert W. Shely, (No. 014261)
Jacob A. Maskovich (No. 021920)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
rwshely@bryancave.com
jamaskovich@bryancave.com

Attorneys for Quicken Loans, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Charles A. Gulden,<br><br>    Plaintiff,<br><br>vs.<br><br>Quicken Loans, Inc.,<br><br>    Defendant. | No. _____<br><br>**NOTICE OF REMOVAL** |

### NOTICE OF REMOVAL

Defendant Quicken Loans Inc. ("Quicken Loans"), by and through its undersigned counsel, hereby provides notice of removal of the above-captioned case from the Yuma County Justice Court, First Precinct, Yuma, Arizona to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Pursuant to 28 U.S.C. § 1441, this case is removable because it presents claims that arise under the laws of the United States, and therefore satisfies the requirements of 28 U.S.C. § 1331.

As grounds for removal, Quicken Loans states as follows:

### BACKGROUND

1.    On or about March 1, 2016, Plaintiff Charles A. Gulden ("Plaintiff") filed the Complaint in this action in the Yuma County Justice Court, First Precinct, Yuma, Arizona, case number J1401CV201600380 (the "Action").

2. On March 7, 2016, Plaintiff served Quicken Loans, through its registered agent, with the Summons and Complaint.

3. The Complaint alleges purported wrongdoing in connection with four (4) telephone calls that Quicken Loans allegedly made to Plaintiff's residential telephone number in February, 2016. Compl., Dkt. No. 1, ¶¶ 3, 10-11.

4. The Complaint purports to assert seven claims against Quicken Loans for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. Compl. ¶¶ 8, 13, 16.

5. As relief in the Action, Plaintiff seeks statutory damages, post judgment interest, court costs and unspecified other expenses. *Id.* ¶ 17.

## STATUTORY REQUIREMENTS FOR REMOVAL

6. Quicken Loans is removing this matter pursuant to 28 U.S.C. § 1441(a), which provides that any civil action over which the United States District Courts have original jurisdiction may be removed to the appropriate United States District Court.

7. This Court has original federal question jurisdiction over this matter because it is a civil action "arising under the . . . laws . . . of the United States." 28 U.S.C. § 1331. Specifically, as a matter of law, Plaintiff's TCPA claims "plainly 'aris[e] under' the 'laws . . . of the United States.'" *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. __ (2012), 132 S. Ct. 740, 748 (2012). In *Mims*, the Supreme Court held that the TCPA gives rise to federal question jurisdiction because "federal law creates the right of action and provides the rules of decision." *Id*. The Supreme Court's decision in *Mims* confirms that this Court has original jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331.

8. Therefore, this Action is removable pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

9. The procedural requirements for removal are met here.

10. This Action may be removed because it is a civil action within the meaning of the acts of Congress relating to the removal of cases. *See* 28 U.S.C. § 1441.

11. Removal to this Court is proper pursuant to 28 U.S.C. §§ 82 and 1441(a), because the United States District Court for the District of Arizona is the federal judicial district embracing the Yuma County Justice Court, First Precinct, Yuma, Arizona, where this action was originally filed.

12. This removal is timely. Quicken Loans' receipt of the Summons and Complaint on March 7, 2016 was the first notice of the Action and/or federal jurisdiction received by it. *See* 28 U.S.C. § 1446(b)(1). This Notice of Removal is being filed on or before April 6, 2016, within thirty days of Quicken Loans' receipt of the Summons and Complaint in the Action.

13. Pursuant to 28 U.S.C. § 1446(d), Quicken Loans is contemporaneously filing a Notice of Filing of Notice of Removal with the Yuma County Justice Court, First Precinct (copy attached as Exhibit B). Quicken Loans is also serving on Plaintiff a notice of the removal of this action as well as a copy of the notice filed with the Yuma County Justice Court, First Precinct.

14. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the entire state court docket, process, pleadings, orders and other papers filed in the Yuma County Justice Court proceeding are attached hereto as Exhibit A. Pursuant to LRCIV 3.6(b), a verification from Quicken Loans's counsel affirming that the documents in Exhibit A are true and complete copies of all pleadings and other documents filed in the state court proceeding is being filed contemporaneously with this Notice. Consent to removal is not required because, among other reasons, Quicken Loans is the only defendant.

15. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. 28 U.S.C. § 1446(a).

16. No bond is required in connection with this Notice of Removal. Nor is it required to be verified. *See* Judicial Improvements and Access to Justice Act of 1988, Section 1016.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

17. The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met. If any questions arise as to the propriety of removal of this action, Quicken Loans requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this case is removable.

18. By filing this Notice of Removal, Quicken Loans does not waive and expressly reserves its right to object to service of process, the sufficiency of process, personal jurisdiction, or venue, and Quicken Loans specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

DATED this 6th day of April, 2016.

BRYAN CAVE LLP

By: s/ Jacob A. Maskovich
Robert W. Shely
Jacob A. Maskovich
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

Attorneys for Quicken Loans, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Charles Gulden
11802 E. 28th Place
Yuma, AZ 85367


/s/ Cathy Russell