# Charles A. Gulden v. Quicken Loans, Inc.

## Index of Exhibits to Defendant's Notice of Removal

| | |
|---|---|
| Exhibit A | Yuma County Justice Court Docket |
| | Complaint |
| | Summons to Quicken Loans, Inc. c/o CT Corporation |
| | CT Corporation's Service of Process Transmittal |
| Exhibit B | Yuma County Justice Court Notice of Removal |

# *EXHIBIT A*

**Public Access to Court Information - Case Search**

Case Information

| | | | |
|---|---|---|---|
| Case Number: | J-1401-CV-201600380 | Category: | Civil |
| Title: | GULDEN VS QUICKEN LOANS | Filing Date: | 3/1/2016 |
| Court: | Yuma Justice | Disposition Date: | |
| Judge: | HON GREGORY STEWART | | |

| | |
|---|---|
| CHARLES A GULDEN | PLAINTIFF - P 1 |
| QUICKEN LOANS, INC | DEFENDANT - D 1 |

| Date | Description | Party |
|---|---|---|
| 12/26/2016 | TIC: CV INACTIVE CAL REV | |
| 6/29/2016 | TIC: SC/CV NONSERVICE | |
| 3/8/2016 | TELEPHONE CALL | D 1 |
| 3/8/2016 | TELEPHONE MESSAGE RECEIVED | D 1 |
| 3/1/2016 | COMPLAINT FILED OVER NO $ | |
| 3/1/2016 | FUND: BASE FEES | P 1 |
| 3/1/2016 | SUMMONS ISSUED | |

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**
**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

 **CT Corporation**

**Service of Process Transmittal**
03/07/2016
CT Log Number 528770793

**TO:** George Popofski
Quicken Loans Inc.
1050 Woodward Ave
Detroit, MI 48226-1906

**RE:** **Process Served in Illinois**

**FOR:** Quicken Loans Inc. (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Charles A. Gulden, Pltf. vs. Quicken Loans, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Notice |
| **COURT/AGENCY:** | Yuma County - Justice Court First Precinct, AZ<br>Case # J1401CV201600380 |
| **NATURE OF ACTION:** | Notice of defendant is hereby served |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/07/2016 postmarked on 03/01/2016 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within twenty 20 days from the date of service |
| **ATTORNEY(S) / SENDER(S):** | Charles A. Gulden<br>11802 E. 28th PL<br>Yuma, AZ 85367 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/07/2016, Expected Purge Date: 03/12/2016<br><br>Image SOP<br><br>Email Notification, George Popofski georgepopofski@quickenloans.com<br><br>Email Notification, Andy Lusk andrewlusk@quickenloans.com<br><br>Email Notification, Sara Riedy sarariedy@quickenloans.com<br><br>Email Notification, Christopher Kawa christopherkawa@quickenloans.com<br><br>Email Notification, Jillian Khrushchev JillianKhrushchev@quickenloans.com<br><br>Email Notification, Darcy Kostrzewa darcykostrzewa@quickenloans.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / NM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367



**CERTIFIED MAIL**

7015 1520 0000 3012 8986

U.S. POSTAGE PAID
YUMA, AZ
85367
MAR 01 16
AMOUNT
$6.96
R2305M147521-14

Quicken Loans, Inc.
c/o CT Corporation, Registered Agent
208 S. LaSalle St, Suite 814
Chicago, IL  60604

RETURN RECEIPT
REQUESTED

60604113599

| | |
|---|---|
| Charles A. Gulden<br>11802 E. 28th Pl<br>Yuma, AZ 85367<br>Phone: 928-782-5182 | **Yuma Justice Court First Precinct**<br>In and For the County of Yuma, State of Arizona<br>250 W. 2nd Street, Suite A<br>Yuma, AZ 85364 (928) 817-4100 |

**PLAINTIFF**
Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367

-vs-

**DEFENDANT**

Quicken Loans, Inc.
c/o CT Corporation, Registered Agent
208 S. LaSalle St, Suite 814
Chicago, IL 60604

<u>Case No:</u>   J1401CV201600380

**SUMMONS**

**CIVIL**

**THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(S):**

1. You are summoned to respond to this complaint by filing an answer with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this summons in the State of Arizona, the court must receive your answer to the complaint within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your answer to the complaint within thirty (30) days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. This court is located at: **250 W. 2nd Street, Suite A, Yuma, AZ 85364.**

4. Your answer must be in writing. (a) You may obtain an answer form from the court listed above, or on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. (b) You may visit http://www.azturbocourt.gov/ to prepare your answer electronically; this requires payment of an additional fee. (c) You may also prepare your answer on a plain sheet of paper, but your answer must include the case number, the court location, and the names of the parties.

5. You must provide a copy of your answer to the plaintiff(s) or to the plaintiff's attorney.

**IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF(S) COMPLAINT.**

Date: _____MAR 0 1 2016_____        _____
                                    Judge's Signature JUSTICE OF THE PEACE

{JUSTICE SEAL COURT}

{COURT SEAL}

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**

### Notice to the Defendant: A lawsuit has been filed against you in Justice Court! You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at *http://www.azcourts.gov/*, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint **in writing** and **within twenty (20) days** from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at *http://www.azcourts.gov/*, under the "Public Services" tab. You may prepare your answer electronically at *http://www.azturbocourt.gov/*; this requires payment of an additional fee. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

# JUSTICE COURT

1st Precinct, County of Yuma, State of Arizona

250 W. 2nd Street, Suite A
Yuma, Arizona 85364
Phone: (928)-817-4100
Fax: (928) 817-4101

*Gregory S. Stewart*
Justice of the Peace

*Yolanda V. Torok*
Judge Pro-Tempore

TO: Darcy

FROM: Elana

FAX:

PAGES:

PHONE:

DATE: 03/08/16

RE: 1401120116000880

CC:

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments: Complaint

| | |
|---|---|
| 1  Charles A. Gulden | F I L E D |
| 2  11802 E. 28th Pl | |
|    Yuma, AZ 85367 | 2016 MAR -1 PM 2: 49 |
| 3  Phone: 928-782-5182 | |
|    Email: chasinyuma@hotmail.com | |
| 4  | |

## IN THE YUMA COUNTY JUSTICE COURT

## STATE OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, | Case No.: **J1401CV201600380** |
| Plaintiff, | |
| vs. | COMPLAINT (CIVIL) |
| QUICKEN LOANS, INC. | |
| Defendant. | |

**JURISDICTION AND VENUE**

1. This claim arises from tort and is made pursuant to the federal Telephone Consumers Protection Act (TCPA), 47 U.S.C. §227, and its Federal Communications Commission (FCC) TCPA implementing regulation, 47 C.F.R. §1200.

2. Plaintiff, Charles A. Gulden, is a resident of Yuma County, Arizona. Defendant, Quicken Loans, Inc. is an Illinois business entity that conducts business activities within or into, but not necessarily limited to or within, the state of Arizona. All acts complained of herein occurred on Plaintiff's residential telephone located in Yuma County, Arizona.

**FACTUAL ALLEGATIONS**

3. On or about 10 February 2016 Defendant or Defendant's employees, agents or parties acting on behalf of the Defendant initiated a series of four (4) telephone calls to Plaintiff's residential telephone number ending in 5182 for the purpose of encouraging the purchase or investment in property, goods or services.

COMPLAINT (CIVIL) - 1

4. Plaintiff has not provided Defendant with his prior express invitation or permission to make telephonic solicitation calls to his residential telephone nor does Defendant or any party calling on its behalf have a personal relationship or an established business relationship with the Plaintiff.

5. For more than thirty-one (31) days prior to Defendant's four (4) separately initiated calls to Plaintiff's residential telephone, Plaintiff's residential telephone number was registered on the national Do Not Call Registry in which the federal government documents the telephone numbers of persons who do not wish to receive such telephone solicitations.

### TCPA VIOLATIONS I, II, III & IV

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

7. Each of the foregoing calls initiated by or on behalf of the Defendant constitute separate negligent violations of the TCPA pursuant to 47 U.S.C. § 227(c), in that the calls were initiated to the Plaintiff's residential telephone number while it was registered on the national Do Not Call Registry.

8. The foregoing calls constitute multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each violation, pursuant to 47 U.S.C. § 227(c)(5)(C).

### TCPA VIOLATION V & VI

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. On 11 February 2016 Plaintiff made a specific request to Defendant's agent or employee who solicited the Plaintiff that his telephone number be added to Defendant's internal

COMPLAINT (CIVIL) - 2

Do Not Call list, and Plaintiff specifically requested that a copy of the Defendant's written policy for maintaining a Do Not Call list be made available to him.

11. In response to Plaintiff's foregoing request Defendant's agent or employee stated that the Defendant does not have a written Do Not Call policy.

12. Subsequent to Plaintiff's foregoing request Defendant has not provided or made available the requested copy of its written policy to Plaintiff.

13. Independent of the violations cited elsewhere in this Complaint, Defendant's failure to establish and implement written procedures to comply with the national Do Not Call rules and provide or make available upon demand a copy of its written policy for maintaining a Do Not Call list to the Plaintiff constitute violations of 47 C.F.R. §1200(c)(2)(i)(A) and 47 C.F.R. §1200(d)(1), entitling Plaintiff to an award of $1,500.00 in statutory damages pursuant to 47 U.S.C. § 227(c)(5)(C) for each of these violations.

### TCPA VIOLATION VII

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Independent of the violations cited elsewhere in this Complaint, Defendant's numerous and multiple violations of the TCPA in respect to the Do Not Call implementing regulations within 47 C.F.R. §1200 indicate that Defendant has failed to train its personnel or others acting on its behalf in procedures established pursuant to the National Do Not Call Registry and rules, pursuant to 47 U.S.C. 227(c)(2), 47 C.F.R. §1200(c)(2)(i)(B), and 47 C.F.R. §1200(d)(2).

16. Defendant's failure to train its personnel and any entity assisting in its compliance in procedures established pursuant to the national Do Not Call Registry and rules constitutes

COMPLAINT (CIVIL) - 3

violation of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages, pursuant to 47 U.S.C. § 227(c)(5)(C).

### RELIEF REQUESTED

17. Plaintiff seeks monetary damages based on treble the amount of Five Hundred Dollars ($500.00) for each of the seven (7) separate TCPA violations complained of herein, however limiting the total amount of monetary damages requested to the Court's monetary jurisdictional amount of Ten Thousand Dollars ($10,000.00). Plaintiff further claims post judgment interest, court costs and other expenses in connection with this case.

### JURY DEMAND

17. Plaintiff respectfully requests trial by jury.

Dated this ___ day of March, 2016.

_____
Charles A. Gulden

COMPLAINT (CIVIL) - 4

### Notice to the Defendant: A lawsuit has been filed against you in Justice Court!
### You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at *http://www.azcourts.gov/*, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint **in writing** and **within twenty (20) days** from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at *http://www.azcourts.gov/*, under the "Public Services" tab. You may prepare your answer electronically at *http://www.azturbocourt.gov/*; this requires payment of an additional fee. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

# *EXHIBIT B*

BRYAN CAVE LLP, #145700
Robert W. Shely, (No. 014261)
Jacob A. Maskovich (No. 021920)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
rwshely@bryancave.com
jamaskovich@bryancave.com

Attorneys for Quicken Loans, Inc.

## IN THE YUMA COUNTY JUSTICE COURT

### FIRST PRECINCT

### STATE OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, | No. J1401CV201600380 |
| Plaintiff, | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| QUICKEN LOANS, INC., | |
| Defendant. | |

TO PLAINTIFF CHARLES A. GULDEN:

PLEASE TAKE NOTICE that Defendant Quicken Loans. Inc. filed a Notice of Removal in this action in the United States District Court for the District of Arizona on April 6, 2016. A copy of the Notice of Removal (without exhibits) is attached to this Notice as Exhibit A and is served contemporaneously herewith.

///

///

///

///

///

782001/0386426

DATED this 6th day of April, 2016.

                                  BRYAN CAVE LLP

                                  By: s/ [signature]
                                     Robert W. Shely
                                     Jacob A. Maskovich
                                     Two North Central Avenue, Suite 2200
                                     Phoenix, AZ  85004-4406
                                     Attorneys for Defendant

ORIGINAL of the foregoing sent via FedEx for filing on April 6, 2016 to:

Clerk of Court
Yuma County Justice Court
250 W. 2nd St., Suite A
Yuma, AZ 85364

and

COPY mailed this 6th day of April, 2016, to:

Charles A. Gulden
11802 E. 28th Pl.
Yuma, AZ 85367

Plaintiff Pro Per


s/ [signature]

782001/0386426

2