BRYAN CAVE LLP, #145700
Robert W. Shely, 014261
Jacob A. Maskovich, 021920
Two N. Central Avenue, Suite 2100
Phoenix, AZ  85004-4406
Telephone:  (602) 364-7000
Fax:            (602) 364-7070
E-Mail:   rwshely@bryancave.com
              jamaskovich@bryancave.com

GOODWIN PROCTER LLP
Brooks R. Brown (*admitted* pro hac vice)
W. Kyle Tayman (*admitted* pro hac vice)
901 New York Avenue NW
Washington, DC  20001-4432
Telephone:  (202) 346-4000
Fax:            (202) 346-4444
E-Mail:   bbrown@goodwinprocter.com
              ktayman@goodwinprocter.com

Attorneys for Quicken Loans, Inc.

Plaintiff Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ  85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>      Plaintiff,<br><br>vs.<br><br>Quicken Loans Inc.,<br><br>      Defendant. | No. CV-16-00960-PHX-ROS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles A. Gulden ("Gulden" or "Plaintiff") and Defendant Quicken Loans Inc. ("Quicken Loans") (together, with Plaintiff, the "Parties") hereby stipulate to the dismissal of the above

ACTIVE/90801881.1

1 captioned action with prejudice and with the Parties waiving their rights of appeal and
2 agreeing to bear their own costs.

5 DATED this 8th day of May, 2017.

8 By:

10 /s/ W. Kyle Tayman
Robert W. Shely
Jacob A. Maskovich
11 BRYAN CAVE LLP
Two N. Central Avenue, Suite 2100
12 Phoenix, AZ 85004

13 Brooks R. Brown (*admitted* pro hac vice)
W. Kyle Tayman (*admitted* pro hac vice)
14 GOODWIN PROCTER LLP
901 New York Ave. NW
15 Washington DC 20001

17 *Counsel for Quicken Loans Inc.*

Charles Gulden
11802 E. 28th Place
Yuma, AZ 85367

*Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the CM/ECF System, will be sent electronically to those indicated as registered participants on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those indicated as non-registered participants this 10th day of May, 2017.

/s/ James Coulter
James Coulter