1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A Gulden, | No. CV-16-00960-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Quicken Loans Incorporated, | |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice (Doc. 45),

**IT IS ORDERED** this action is dismissed with prejudice, the Parties to bear their own attorneys' fees and costs.

Dated this 11th day of May, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge